**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| Blackboard Inc., | ) | |
| | ) | Civil Action No. 2:09-cv-42 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Judge Ward |
| | ) | |
| TechRadium, Inc. | ) | |
| | ) | |
| Defendant. | ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41, the parties jointly stipulate to a dismissal with prejudice of all claims and counterclaims that they brought in this action, with each party to bear its own costs. The parties have resolved their dispute.

Respectfully submitted,

/s/ W. Shawn Staples
W. Shawn Staples (Texas Bar No. 00788457)
THE O'QUINN LAW FIRM
440 Louisiana, Suite 2300
Houston, Texas  77002
Telephone:  713.223.1000
Fax:  713.222.6903

Andrew Spangler (Texas Bar No. 24041960)
SPANGLER LAW P.C.
208 N. Green Street, Suite 300
Longview, Texas  75601
Telephone:  903.753.9300
Fax:  903.553.0403

*Attorneys for TechRadium, Inc.*

/s/ Michael S. Nadel
J. Thad Heartfield (Texas Bar No. 09346800)
THE HEARTFIELD LAW FIRM
2195 Dowlen Road
Beaumont, Texas  77706
Phone:  409.866.3318
Fax:  409.866.5789

Michael S. Nadel
McDERMOTT WILL & EMERY LLP
600 Thirteenth Street, N.W.
Washington, D.C.
Phone : 202.756.8000
Fax :  202.756.8087

*Attorneys for Blackboard Connect Inc.
and Blackboard Inc.*

2

**CERTIFICATE OF SERVICE**

      I hereby certify that on June 19, 2009, a true and correct copy of the foregoing was filed electronically in compliance with Local Rule CV-5(a).  As such, this document was served on all counsel who have consented to electronic service.

                                              /s/ Michael S. Nadel
                                              Michael S. Nadel